1    *[[Counsel Listed on Signature Block]*

2                    **UNITED STATES DISTRICT COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**
3                        **SAN JOSE DIVISION**

4    _____

     ADAPTIX, INC.,                          )
5            Plaintiff,                       )
                                              )   Case No.: 5:14-cv-01380-PSG
6    v.                                       )
                                              )   JURY TRIAL DEMANDED
7                                             )
     BLACKBERRY LIMITED,                      )
8    BLACKBERRY CORPORATION, and              )
     AT&T MOBILITY LLC,                       )
9            Defendants.                      )
                                              )
10   _____        )
     ADAPTIX, INC.,                          )
11           Plaintiff,                       )
                                              )   Case No.: 5:14-cv-01386-PSG
12   v.                                       )
                                              )   JURY TRIAL DEMANDED
13   BLACKBERRY LIMITED,                      )
     BLACKBERRY CORPORATION,                  )
14   T-MOBILE USA, INC.,                      )
     MetroPCS COMMUNICATIONS, INC.,           )
15   and MetroPCS WIRELESS, INC.,             )
16           Defendants.                      )
                                              )
17   _____        )
     ADAPTIX, INC.,                          )
18           Plaintiff,                       )
                                              )   Case No.: 5:14-01387-PSG
19   v.                                       )
                                              )   JURY TRIAL DEMANDED
20   BLACKBERRY LIMITED,                      )
     BLACKBERRY CORPORATION, and              )
21   CELLCO PARTNERSHIP                       )
     *d/b/a/* VERIZON WIRELESS,               )
22           Defendants.                      )
23   _____        )

24

25

26

27

28

[~~PROPOSED~~] ORDER GRANTING JOINT MOTION            CASE NO.  5:14-CV-01380; -01386; -01387-PSG
FOR DISMISSAL

1              **[PROPOSED] ORDER GRANTING JOINT MOTION FOR DISMISSAL**

2

3        Before the Court is a Joint Motion for Dismissal submitted by Adaptix, Inc. ("Adaptix"),

4 Defendants BlackBerry Limited, BlackBerry Corporation (together, "BlackBerry"); AT&T Mobility

5 LLC; Cellco Partnership *d/b/a* Verizon Wireless; T-Mobile USA, Inc. *f/k/a* MetroPCS Wireless, Inc.;

6 and MetroPCS Communications, Inc. (all collectively, "Defendants"). Having considered the Motion,

7 the Court GRANTS the Motion and dismisses the three above-captioned actions WITHOUT

8 PREJUDICE pursuant to a written agreement signed and effective on October 15, 2014 between

9 Adaptix, on the one hand, and BlackBerry, on the other hand, concerning the BlackBerry products at

10 issue in the three above-captioned actions. Each party to bear its own costs, expenses and attorneys'

11 fees associated with filing the dismissal.

12

13       IT IS SO ORDERED.

14

15 DATED: _____October 24, 2014_____        *Paul S. Grewal*
                                      HON. Paul S. Grewal

16                                       United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28